1 Jeffrey M. Lenkov (State Bar No. 156478)
   *jml@manningllp.com*
2 **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3 801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
4 Telephone: (213) 624-6900
Facsimile: (213) 624-6999

5

Attorneys for Defendant DOLLAR GENERAL CORP.
6

7 Douglas F. Welebir, Esq. (State Bar No. 039459)
   *dfw@welebirtierney.com*
8 **WELEBIR | TIERNEY, APLC**
2068 Orange Tree Lane, Suite 215
9 Redlands, CA 92374
Telephone: 909-335-0444
10 Facsimile: 909-335-0452

11 Attorneys for Plaintiffs JOHN STINCHECUM and PETRA STINCHECUM,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STINCHECUM; PETRA STINCHECUM,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR GENERAL CORP. and DOES 1 to 25, Inclusive,<br><br>Defendants. | Case No. 1:17-CV-00240-DAD-MJS<br>*[U.S. Magistrate Judge Hon. Michael J. Seng]*<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>State Action Filed: December 5, 2016<br>Date of Removal: February 17, 2017 |

IT IS HEREBY STIPULATED by and between Defendant DOLLAR GENERAL CORP. (hereinafter "Defendant") and Plaintiffs JOHN STINCHECUM, (hereinafter "Plaintiff") (collectively "Parties"), by and through their counsel of record, as follows:

The Jury Trial in this matter is presently scheduled for September 11, 2018 at 8:30 am in Courtroom 5, before the Honorable Dale A. Drozd, United States District Court Judge.

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**

The Pretrial Conference in this matter is presently scheduled for July 9, 2018 at 1:30 pm in Courtroom 5, before the Honorable Dale A. Drozd, United States District Judge.

Parties have conferred and agreed that the settlement conference currently set for October 12, 2017, will be unsuccessful due to the need for additional discovery and the possible addition of another defendant. Parties wish to continue the settlement conference in an effort to allow for discovery to be completed, and all proper parties to be brought into this action. There have been no prior continuances in this matter.

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by Plaintiffs and Defendant, by and through their respective counsel, that the Parties request an Order that:

1. The Settlement Conference in this matter be continued sixty (60) days, or to a date convenient for the Court.

IT IS SO STIPULATED.

DATED: October 5, 2017     **MANNING & KASS**
                                                   **ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/Jeffrey M. Lenkov
        Jeffrey M. Lenkov, Esq.
        Christoffer M. Gaddini, Esq.
        Attorneys for Defendant, DOLLAR GENERAL CORP.

DATED: October 5, 2017     **WELEBIR | TIERNEY, APLC**

By:    /s/James F. Tierney
        James F Tierney, Esq.
        Douglas F. Welebir, Esq.
        Attorneys for Plaintiffs, JOHN STINCHECUM and PETRA STINCHECUM

ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the Settlement Conference in Case No. 1:17-CV-00240-DAD-MJS is continued to December 21, 2017 at 10:30 am.

IT IS SO ORDERED.

Dated: October 7, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE