Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
  jml@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile:  (213) 624-6999

David V. Roth (State Bar No. 194648)
  dvr@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
333 Bush Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 217-6990
Facsimile:  (415) 217-6999

Attorneys for Defendant,
DOLLAR GENERAL CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STINCHECUM; PETRA STINCHECUM,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DOLLAR GENERAL CORP. and DOES 1 to 25, Inclusive,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00240-DAD-MJS<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURE, COMPLETION OF EXPERT DISCOVERY, AND CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>State Action Filed:　December 5, 2016<br>Date of Removal:　　February 17, 2017<br><br>Settlement Conf: April 5, 2018<br>　　　　　　　　　10:00AM Fresno<br>　　　　　　　　　Courtroom 6 |

　　　　It is hereby STIPULATED by and between Plaintiffs JOHN STINCHECUM and PETRA STINCHECUM (hereinafter "Plaintiffs) and Defendant DOLLAR GENERAL CORP. (hereinafter "Defendant"), by and through their counsel of record, as follows:

　　　　The Jury Trial in this matter is presently scheduled for September 11, 2018 at 8:30 a.m. in

Courtroom 5 , before the Honorable Dale A. Drozd, United States District Court Judge.

The Pretrial Conference in this matter is presently scheduled for July 9, 2018, at 1:30 p.m., in Courtroom 5 , before the Honorable Dale A. Drozd, United States District Court Judge.

Parties have conferred and agreed that Good Cause exists for the Expert Witness Disclosure set for December 5, 2017, and the Supplemental/Rebuttal Disclosure set for December 15, 2017, be continued as such dates would be premature as additional discovery, including a Defense Medical Examination, must be completed for the retention and disclosure of expert witnesses and reports. With the aforementioned, the parties and conferred and agreed that the settlement conference currently scheduled for January 26, 2018 would be unsuccessful due to the need to complete the aforementioned discovery, including a Defense Medical Examination.

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by Plaintiffs and Defendants, by and through their respective counsel, to request an Order that:

1. The Expert Witness Disclosure be extended from December 5, 2017 to February 16, 2018;

2. The Supplemental/Rebuttal Expert Disclosure be extended from December 15, 2018 to February 26, 2018;

3. Expert Discovery Deadline be extended from March 12, 2018 to April 13, 2018.

4. The Settlement Conference in this matter, currently scheduled for January 26, 2018, at 10:30 a.m. in Courtroom 6, before the Honorable Magistrate Judge Michael J. Seng be continued sixty days.

DATED: January 17, 2018	**MANNING & KASS**
	**ELLROD, RAMIREZ, TRESTER LLP**

By:	*/s/* Jeffrey M. Lenkov
	Jeffrey M. Lenkov, Esq.
	David V. Roth, Esq.
	Attorneys for Defendant,
	DOLLAR GENERAL CORP.

**WELEBIR TIERNEY, APLC.**

DATED: January 12, 2018

By:	*/s/* James F. Tierney
	James F. Tierney, Esq.
	Douglas F. Welebir, Esq.
	Attorneys for Plaintiffs
	JOHN STINCHECUM and PETRA STINCHECUM

## ORDER

1. The Expert Witness Disclosure be extended from December 5, 2017 to February 16, 2018;

2. The Supplemental/Rebuttal Expert Disclosure be extended from December 15, 2018 to February 26, 2018;

3. Expert Discovery Deadline be extended from March 12, 2018 to April 13, 2018.

4. The Settlement Conference in this matter, currently scheduled for January 26, 2018, be continued until 10:00 AM April 5, 2018, in Courtroom 6, Fresno, before the Magistrate Judge Michael J. Seng.

IT IS SO ORDERED.

Dated:   January 18, 2018	/s/ *Michael J. Seng*
	UNITED STATES MAGISTRATE JUDGE