Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
   *jml@manningllp.com*
Alexandra R. Rambis, Esq. (State Bar No. 316460)
   *arr@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile:  (213) 624-6999

David V. Roth (State Bar No. 194648)
   *dvr@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
333 Bush Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 217-6990
Facsimile:  (415) 217-6999

Attorneys for Defendant,
DOLLAR GENERAL CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STINCHECUM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR GENERAL CORP. and DOES 1 to 25, Inclusive,<br><br>Defendants. | **Case No. 1:17-cv-00240-DAD-MJS**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR NON-EXPERT DISCOVERY CUTOFF**<br><br>State Action Filed:   December 5, 2016<br>Date of Removal:    February 17, 2017 |

It is hereby STIPULATED by and between Plaintiff JOHN STINCHECUM (hereinafter "Plaintiff") and Defendant DOLLAR GENERAL CORP. (hereinafter "Defendant"), by and through their counsel of record, as follows:

The Jury Trial in this matter is presently scheduled for September 11, 2018 at 8:30 a.m. in Courtroom 5, before the Honorable Dale A. Drozd, United States District Court Judge.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR NON-EXPERT DISCOVERY CUTOFF**

1     The Pretrial Conference in this matter is presently scheduled for July 9, 2018, at 1:30 p.m., in Courtroom 5, before the Honorable Dale A. Drozd, United States District Court Judge.

    Parties have conferred and agreed that Good Cause exists for the Non-Expert Discovery Cutoff set for March 2, 2018 to be continued as such dates would be premature as additional discovery, including a Depositions of Defendant's Person(s) Most Knowledgeable, and Defense Medical Examination, must be completed in order for the parties to be prepared to proceed to trial.

    NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by Plaintiffs and Defendant, by and through their respective counsel, to request an Order that:

1.     Non-Expert Discovery Deadline be extended from March 2, 2018 to May 15, 2018.

DATED: February 6, 2018     **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By:   /S/ Alexandra R. Rambis, Esq.
    Jeffrey M. Lenkov, Esq.
    David V. Roth, Esq.
    Alexandra R. Rambis, Esq.
    Attorneys for Defendant,
    DOLLAR GENERAL CORP.

DATED: February 6, 2018     **WELEBIR TIERNEY, APLC.**

By:   /S/ James F. Tierney, Esq.
    James F. Tierney, Esq.
    Douglas F. Welebir, Esq.
    Attorneys for Plaintiffs
    JOHN STINCHECUM and PETRA STINCHECUM

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the non-Expert Discovery Deadline in **Case No. 1:17-cv-00240-DAD-MJS** is extended from March 2, 2018 to May 15, 2018.

IT IS SO ORDERED.

Dated: February 9, 2018

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE