# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STINCHECUM, et al., | Case No. 1:17-cv-00240-DAD-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| DOLLAR GENERAL CORP., | (ECF No. 26) |
| Defendant. | THIRTY DAY DEADLINE |

On June 20, 2018, Defendant filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **June 21, 2018**

UNITED STATES MAGISTRATE JUDGE

1