# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STINCHECUM, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DOLLAR GENERAL CORP.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00240-DAD-SAB<br><br>ORDER REQUIRING COUNSEL TO PERSONALLY APPEAR TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY |

　　　　Plaintiffs John Stinchecum and Peta Stinchecum filed this action against Dollar General Corp. on December 5, 2016, in the Fresno County Superior Court. (ECF No. 1, Exhibit A.) On February 17, 2017, Defendant removed this action to the Eastern District of California. (ECF No. 1.) On June 20, 2018, Defendant filed a notice that the parties have agreed to settle this matter. (ECF No. 26.) An order issued requiring the parties to file dispositional documents within thirty-days of June 21, 2018. (ECF No. 27.) The parties did not file dispositive documents in compliance with the June 21, 2018 order.

　　　　On August 1, 2018, an order issued requiring the parties to show cause within fourteen days why this action should not be dismissed for the failure to comply with the June 21, 2018. (ECF No. 28.) The parties did not respond to to the August 1, 2018 order.

　　　　Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED that counsel James Tierney and Jeffrey Lenkov SHALL PERSONALLY APPEAR on **September 5, 2018, at 10:00 a.m.** in Courtroom 9 before Magistrate Judge Stanley A. Boone to SHOW CAUSE why monetary sanctions should not issue for the failure to comply with the June 21, 2018, and August 1, 2018 orders.

IT IS SO ORDERED.

Dated: **August 22, 2018**

UNITED STATES MAGISTRATE JUDGE