# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STINCHECUM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DOLLAR GENERAL CORP.,<br><br>    Defendant. | Case No. 1:17-cv-00240-DAD-SAB<br><br>ORDER RE DECLARATION OF JAMES F. TIERNEY, III<br><br>(ECF No. 36) |

Plaintiffs John Stinchecum and Peta Stinchecum filed this action against Dollar General Corp. on December 5, 2016, in the Fresno County Superior Court. (ECF No. 1, Exhibit A.) On February 17, 2017, Defendant removed this action to the Eastern District of California. (ECF No. 1.) On June 20, 2018, Defendant filed a notice that the parties have agreed to settle this matter. (ECF No. 26.) An order issued requiring the parties to file dispositional documents within thirty-days of June 21, 2018. (ECF No. 27.) The parties did not file dispositive documents in compliance with the June 21, 2018 order.

On August 1, 2018, an order issued requiring the parties to show cause within fourteen days why this action should not be dismissed for the failure to comply with the June 21, 2018. (ECF No. 28.) The parties did not respond to to the August 1, 2018 order.

On August 22, 2018, due to the parties' non-response to the two prior orders, an order was filed requiring counsel to personally appear to show cause why monetary sanctions should

not issue for the failure to comply. (ECF No. 30.) On August 27, 2018, the parties filed a stipulation to dismiss this action. (ECF No. 31.) On September 4, 2018, Alexandra Rambis filed a declaration in response to the orders to show cause and an order issued on September 6, 2018, discharging the order to show cause as to defense counsel. (ECF Nos. 32, 35.) On September 5, 2018, Plaintiff's counsel filed a notice of change of address, and on September 6, 2018, Plaintiff's counsel, James Tierney, filed a declaration in response to the orders to show cause. (ECF Nos. 34, 36.)

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Upon review of Mr. Tierney's declaration, the Court finds that monetary sanctions of $150.00 are appropriate for counsel's failure to keep the Court informed of his address, and the failures to comply with orders of this Court. If Mr. Tierney wishes to challenge the sanction amount, he shall personally appear on September 12, 2018, at 10:00 a.m. in Courtroom 9. If Mr. Tierney does not wish to challenge the sanction amount, he shall notify the Court by close of business today. If the Court receives such notification, the order to show cause hearing will be vacated and counsel will not be required to attend.

IT IS SO ORDERED.

Dated: __**September 11, 2018**__  
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE